


Cite as 2014 Ark. App. 714

# ARKANSAS COURT OF APPEALS

DIVISION III
No. CR-14-53

ALFONZO GREEN
                                    APPELLANT

V.

STATE OF ARKANSAS
                                    APPELLEE

Opinion Delivered December 17, 2014

APPEAL FROM THE CRITTENDEN
COUNTY CIRCUIT COURT
[NO. CR–2011-1016]

HONORABLE RALPH WILSON, JR.,
JUDGE

AFFIRMED; MOTION GRANTED

## RITA W. GRUBER, Judge

Appellant Alfonzo Green entered a plea of guilty to aggravated assault and was sentenced to twenty-four months' probation on January 5, 2012. The State filed a petition to revoke appellant's probation on September 10, 2012, alleging that he violated the conditions thereof by failing to pay fines, costs, and fees; failing to report to probation; failing to pay probation fees; failing to notify sheriff and probation officer of current address and employment; and possessing and using marijuana. After a hearing, the trial court found that appellant had violated the conditions of his probation, finding that he had violated all of the alleged grounds except failing to notify, and sentenced him to twenty-four months' imprisonment followed by thirty-six months' suspended imposition of sentence.

Pursuant to Arkansas Supreme Court Rule 4–3(k) and *Anders v. California*, 386 U.S. 738 (1967), appellant's counsel has filed a motion to withdraw, stating that there is no merit to an appeal. The motion is accompanied by an abstract and addendum of the proceedings

below, including all objections and motions decided adversely to appellant, and a brief in which counsel explains why there is nothing in the record that would support an appeal. The clerk of this court served appellant with a copy of counsel's brief and notified him of his right to file a pro se statement of points for reversal within thirty days. Appellant has filed no pro se points.

From our review of the record and the brief presented to us, we find compliance with Rule 4–3(k) and that there is no merit to an appeal. Accordingly, we affirm the order of revocation and grant defense counsel's motion to withdraw.

Affirmed; motion granted.

GLOVER and BROWN, JJ., agree.

*Robert M. "Robby" Golden*, for appellant.

No response.